**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Case No. 26-11581 (TMH) |
| | ) | |
| Silverfern Capital Management, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| In Re: | ) | Case No. 26-11582 (TMH) |
| | ) | |
| The Silverfern Group, Inc., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## *AMENDED*[1] NOTICE OF RESCHEDULED SECTION 341 MEETING OF CREDITORS

**TO: DEBTORS, DEBTORS' COUNSEL, ALL CREDITORS ON THE ATTACHED MATRIX AND THE UNITED STATES TRUSTEE:**

Please be advised that the Section 341 Meeting of Creditors for the above referenced case has been rescheduled to: November 20, 2026 at 11:00 a.m. (EST).

**PLEASE ALSO TAKE NOTICE** that the Section 341 Meeting of Creditors for this case will be held virtually (via Zoom). Parties wishing to participate should use the following instructions: Go to www.Zoom.us/join. Enter meeting ID: **7856966934**, Passcode: 0128776228; or to connect telephonically, call 1 (856) 329-7752.

Dated: October 23, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 1986)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

*Counsel to the Debtors*

[1] Amended items appear in **bold**.