**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SilverRock Development Company, LLC,** *et al.,* | § | **Case No. 24-11647 (MFW)** |
| | § | (Jointly Administered) |
| | § | |
| **Debtors.** | § | |
| | § | |

**CONSTRUCTION LOAN SERVICES II, LLC'S**
**RE-NOTICE OF DEPOSITION OF JOHN LANCET**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 30 and 45, made applicable by Federal Rules of Bankruptcy Procedure 7030, 9014, and 9016, Construction Loan Services II, LLC d/b/a Builders Capital ("**Builders**"), in connection with Builders' *Motion for Entry of an Order (I) Valuing Collateral Pursuant to 11 U.S.C. § 506(a) and (II) Granting Related Relief* [Dkt. No. 1166], and the Subpoena served on John Lancet [Dkt. No. 1345] (the "**Subpoena**"), by and through its undersigned counsel, hereby gives notice that, Builders will take the Deposition of **John Lancet** of HVS Consulting and Valuation (the "**Expert**") on the Expert's report and the documents produced pursuant to the Subpoena.

**PLEASE TAKE FURTHER NOTICE** that the Deposition of the Expert will take place at 11:30 a.m. Eastern Time on October 12, 2026. The Deposition will be taken remotely via zoom before an authorized officer. Zoom instructions will be provided for those seeking to attend.

Dated: October 9, 2026

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *James O'Neill*
James O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801

Telephone: (302) 652-4100
Facsimile: (302) 652 4400
Email: joneill@pszjlaw.com

-and-

Ira D. Kharasch, Esq. (*pro hac vice* ECF 940)
Gregory V. Demo, Esq. (*pro hac vice* ECF 935)
Jordan A. Kroop, Esq. (*pro hac vice* ECF 941)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: ikharasch@pszjlaw.com
gdemo@pszjlaw.com
jkroop@pszjlaw.com

-and-

**POLSINELLI PC**
Michael L. Schuster (*pro hac vice* ECF 925)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (720) 931-1188
Facsimile: (302) 252-0921
Email: mschuster@polsinelli.com

*Attorneys for Construction Loan Services II, LLC d/b/a Builders Capital*